IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMES P. GRISSOM | § | PLAINTIFF |
| | § | |
| v. | § | CAUSE NO. 1:08CV590-LG-RHW |
| | § | |
| LIBERTY MUTUAL FIRE | § | |
| INSURANCE COMPANY | § | DEFENDANT |

## FINAL JUDGMENT

This action came on for trial on Monday, March 14, 2011, before the Court and a jury with Honorable Louis Guirola, Jr., Chief United States District Judge, presiding. The issues have been duly tried, and the jury has heard all of the evidence and argument of counsel and received instructions of the Court, including a Verdict Form. The jury retired to consider their verdict and returned upon their oaths, into open Court, the following verdict, to-wit:

### PART I

**Question Number One**

Do you find that Plaintiff has proven by a preponderance of the evidence that Defendant committed a negligent misrepresentation?

Answer "Yes" or "No.": __Yes.__

**Question Number Two**

What sum of money would fairly and reasonably compensate Plaintiff for the damages, if any, you have found Defendant caused him?

Answer in dollars and cents, for damages, if any, or answer "none."

Compensatory damages $ _212,900.00_

**IT IS THEREFORE ORDERED AND ADJUDGED** that Plaintiff James P. Grissom shall recover Two Hundred Twelve Thousand Nine Hundred Dollars ($212,900.00), 0.25 percent post judgment interest starting from the date of this Judgment, and costs from the Defendant Liberty Mutual Fire Insurance Company.

**SO ORDERED AND ADJUDGED** this the 16th day of March, 2011.

<u>s/ *Louis Guirola, Jr.*</u>
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE